# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1718. MCKENZIE et al. v. SUBER et al.

Appellant Wyman McKenzie moved for an extension of time to file his brief, and this Court granted his motion, extending the filing deadline until July 25, 2024. McKenzie has not filed his brief to date. Accordingly, the appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*